Certificate Number: 17572-NJ-DE-034673550

Bankruptcy Case Number: 20-16211



17572-NJ-DE-034673550

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2020, at 12:38 o'clock PM PDT, Isaac K Aburomi completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 16, 2020                    By:     /s/Judy Alexander

                                         Name:   Judy Alexander

                                         Title:  Counselor