Certificate Number: 17572-NJ-DE-034673551

Bankruptcy Case Number: 20-16211



17572-NJ-DE-034673551

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 16, 2020</u>, at <u>12:38</u> o'clock <u>PM PDT</u>, <u>Rebecca A Aburomi</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>July 16, 2020</u>    By:    <u>/s/Judy Alexander</u>

Name:  <u>Judy Alexander</u>

Title:  <u>Counselor</u>