## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    20-16211-JKS

Isaac K. Aburomi & Rebecca Aburomi,                 Chapter:         7
Debtor(s).                                          Judge:      John K. Sherwood

---

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____8/25/2020_____ at _____a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 9 Decker Road, Haskell, NJ. Fair Market Value: $350,000.00. After taking into consideration administrative costs of sale and the mortgage, no monies will be remaining for distribution to unsecured creditors herein. |
|---|---|

| Liens on property: | Subject to mortgage held by Midland Mortgage in the approximate amount of $318,643.76 |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: _____/s/ Barbara A. Edwards, Interim Trustee_____

Address: _____Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410_____

Telephone No.: _201-796-3100_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
ISAAC K. ABUROMI
REBECCA ABUROMI
     Debtors

Case No. 20-16211-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 30, 2020
     Form ID: pdf905     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
```
db          ISAAC K. ABUROMI,    9 Decker Rd,    Haskell, NJ  07420-1044
jdb         #REBECCA ABUROMI,    9 Decker Rd,    Haskell, NJ  07420-1044
518823424   CENTURY 21 CREST REAL ESTATE INC,    142 State Rt 23,    Pompton Plains, NJ  07444-2000
518823430   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: HOME DEPOT/,    PO Box 182676,    Columbus, OH  43218-2676)
518823425   CITIBANK NA,    CITICORP CREDIT SERVICES,    PO Box 790034,    Saint Louis, MO  63179-0034
518823427   ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
            (address filed with court: GC SERVICES,    PO Box 857,    Houston, PA  19456-0857)
518823428   GLOBAL CREDIT & COLLECTION CORP,    4839 N Elston Ave,    Chicago, IL  60630-2534
518823429   HOME DEPOT CITIBANK,    8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
518823433   LIZ CORTEZ,    6 Ward Ave,    Wyckoff, NJ  07481-2022
518823434   MIDLAND MORTGAGE,    PO Box 26648,    Oklahoma City, OK  73126-0648
518823435   MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
518823436   N J DIVISION OF TAXATION,    PO Box 245,    Trenton, NJ  08695-0245
518823437   OPTIMUM,    PO Box 742698,    Cincinnati, OH  45274-2698
518823438   SCHENK PRICE SMITH KING LLP,    10 Washington St,    Morristown, NJ  07960-3934
518823439   STEVEN PALAMARA,    COURT OFFICER,    PO Box 7236,    Paterson, NJ  07509-7236
518823440   SUNNYSIDE TITLE,    1 Kinderkamack Rd,    Hackensack, NJ  07601-5028
518823441   +SUNRISE CREDIT SERVICES INC.,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
518823442   TENAGLIA & HUNT,    395 W Passaic St,    Rochelle Park, NJ  07662-3016
518823443   WANAQUE BORO,    579 Ringwood Ave,    Wanaque, NJ  07465-2013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18    U.S. Attorney,    970 Broad St.,
            Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17    United States Trustee,
            Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
            Newark, NJ 07102-5235
518823423   E-mail/Text: bcwrtoff@cablevision.com Jul 30 2020 23:50:47    CABLEVISION,    CSC HOLDINGS INC,
            1111 Stewart Ave,    Bethpage, NY  11714-3533
518823426   E-mail/Text: mrdiscen@discover.com Jul 30 2020 23:49:31    DISCOVER FINANCIAL SERVICES,
            PO Box 6103,    Carol Stream, IL  60197-6103
518823431   E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 23:49:46    INTERNAL REVENUE SERVICE,
            PO BOX 0010,    KANSAS CITY, MO  64999
518823432   E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 23:57:25    JP MORGAN CHASE,
            CARDMEMBER SERVICES,    PO Box 15298,    Wilmington, DE  19850-5298
```
                                                  TOTAL: 6

       ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 30, 2020
                             Form ID: pdf905          Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
          Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara  Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Dean J. Despotovich    on behalf of Joint Debtor REBECCA  ABUROMI djdatty@aol.com,
           G17602@notify.cincompass.com
          Dean J. Despotovich    on behalf of Debtor ISAAC K. ABUROMI djdatty@aol.com,
           G17602@notify.cincompass.com
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6