**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | ISAAC K. ABUROMI | Social Security number or ITIN   xxx–xx–5682 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | REBECCA ABUROMI | Social Security number or ITIN   xxx–xx–9673 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–16211–JKS

## Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ISAAC K. ABUROMI                                          REBECCA ABUROMI

8/7/20                                                            **By the court:**   John K. Sherwood
                                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
ISAAC K. ABUROMI
REBECCA ABUROMI
    Debtors

Case No. 20-16211-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 07, 2020
                 Form ID: 318    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.

```
db              ISAAC K. ABUROMI,    9 Decker Rd,   Haskell, NJ  07420-1044
jdb            #REBECCA ABUROMI,     9 Decker Rd,   Haskell, NJ  07420-1044
518823424       CENTURY 21 CREST REAL ESTATE INC,    142 State Rt 23,    Pompton Plains, NJ  07444-2000
518823430      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: HOME DEPOT/,    PO Box 182676,    Columbus, OH  43218-2676)
518823427      ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
                (address filed with court: GC SERVICES,    PO Box 857,    Oaks, PA  19456-0857)
518823428       GLOBAL CREDIT & COLLECTION CORP,    4839 N Elston Ave,    Chicago, IL  60630-2534
518823429       HOME DEPOT CITIBANK,    8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
518823433       LIZ CORTEZ,    6 Ward Ave,    Wyckoff, NJ  07481-2022
518823434       MIDLAND MORTGAGE,    PO Box 26648,    Oklahoma City, OK  73126-0648
518823435       MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
518823436       N J DIVISION OF TAXATION,    PO Box 245,    Trenton, NJ  08695-0245
518823437       OPTIMUM,    PO Box 742698,    Cincinnati, OH  45274-2698
518823438       SCHENK PRICE SMITH KING LLP,    10 Washington St,    Morristown, NJ  07960-3934
518823439       STEVEN PALAMARA,    COURT OFFICER,    PO Box 7236,    Paterson, NJ  07509-7236
518823440       SUNNYSIDE TITLE,    1 Kinderkamack Rd,    Hackensack, NJ  07601-5028
518823441      +SUNRISE CREDIT SERVICES INC.,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
518823442       TENAGLIA & HUNT,    395 W Passaic St,    Rochelle Park, NJ  07662-3016
518823443       WANAQUE BORO,    579 Ringwood Ave,    Wanaque, NJ  07465-2013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:20    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518823423       E-mail/Text: bcwrtoff@cablevision.com Aug 08 2020 01:20:06    CABLEVISION,    CSC HOLDINGS INC,
                 1111 Stewart Ave,   Bethpage, NY  11714-3533
518823425       EDI: CITICORP.COM Aug 08 2020 04:13:00    CITIBANK NA,   CITICORP CREDIT SERVICES,
                 PO Box 790034,   Saint Louis, MO  63179-0034
518823426       EDI: DISCOVER.COM Aug 08 2020 04:13:00    DISCOVER FINANCIAL SERVICES,   PO Box 6103,
                 Carol Stream, IL  60197-6103
518823427       E-mail/Text: CMG.GCS.BKP@gcserv.com Aug 08 2020 01:18:05    GC SERVICES,   PO Box 857,
                 Oaks, PA  19456-0857
518823431       EDI: IRS.COM Aug 08 2020 04:13:00    INTERNAL REVENUE SERVICE,   PO BOX 0010,
                 KANSAS CITY, MO  64999
518823432       EDI: JPMORGANCHASE Aug 08 2020 04:13:00    JP MORGAN CHASE,   CARDMEMBER SERVICES,
                 PO Box 15298,   Wilmington, DE  19850-5298
                                                                                               TOTAL: 8
```

***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                    Signature: /s/Joseph Speetjens

```
District/off: 0312-2            User: admin                Page 2 of 2           Date Rcvd: Aug 07, 2020
                                Form ID: 318               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Dean J. Despotovich    on behalf of Joint Debtor REBECCA   ABUROMI djdatty@aol.com,
               G17602@notify.cincompass.com
              Dean J. Despotovich    on behalf of Debtor ISAAC K. ABUROMI djdatty@aol.com,
               G17602@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```