Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20–16211–JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

ISAAC K. ABUROMI
9 Decker Rd
Haskell, NJ 07420–1044

REBECCA ABUROMI
9 Decker Rd
Haskell, NJ 07420–1044

Social Security No.:
xxx–xx–5682                                    xxx–xx–9673

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 1, 2020            John K. Sherwood
                                    Judge, United States Bankruptcy Court